986 A.2d 759

COMMONWEALTH of Pennsylvania, Appellee

v.

Melvin SPEIGHT, Appellant.

Supreme Court of Pennsylvania.

Dec. 28, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of December, 2009, the order of the Court of Common Pleas of Philadelphia County is affirmed. *See Commonwealth v. Marshall,* 596 Pa. 587, 947 A.2d 714 (2008) (holding that a post-conviction petitioner has 60 days from the date of publication of 1997 Philadelphia Magazine article to raise claims based thereon under *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986)); *Commonwealth v. Fahy,* 598 Pa. 584, 959 A.2d 312 (2008) (same).